**STEPHANIE LARSEN, CSR, RPR**
**OFFICIAL COURT REPORTER**
**33rd Judicial District**
**P.O. Box 554 ** Marble Falls, TX  78654**
**(512)715-5230**
**33reporter@dcourttexas.org**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

April 14, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711

RE:  03-15-00127-CR
     *Texas vs. Aaron Joseph Hoes*
     Cause No. 1167

To Whom It May Concern:

The reporter's record for the above-named appeal was due on 3/30/15.  I previously notified the Court of Appeals that I had not received Notice of Appeal or a Designation needed to begin preparation of same.

I have now received these materials and have begun preparing the record.  It will be complete within the ten days.

If you have any questions, please feel free to contact me.

Thank you,


Stephanie Larsen